1028

[No. 10587-0-II.   Division Two.   May 5, 1988.]

JOYCE M. RICHARD, *Respondent,* v. JAMES M. SCOTT,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 86-2-08375-3, Waldo F. Stone, J., entered
December 9, 1986. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Worswick, J.


[No. 10693-1-II.   Division Two.   May 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID V.
DELYRIA, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 86-1-00562-5, James D. Ladley, J., entered
January 23, 1987. *Reversed* by unpublished opinion per
Alexander, A.C.J., concurred in by Petrich and Worswick,
JJ.


[Nos. 10200-5-II; 11644-8-II.   Division Two.   May 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANKLIN
EUGENE HARP, *Appellant.*

*In the Matter of the Personal Restraint of*
FRANKLIN EUGENE HARP, *Petitioner.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 85-1-00063-6, Robert L. Charette, J.,
entered July 1, 1986, together with a petition for relief from
personal restraint. Judgment *reversed* and petition *dismissed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.